IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JUDY M LEONARD,

    Plaintiff,

v.                                       CASE NO. 1:03-cv-00003-MP-AK

ATTORNEY GENERAL
ALBERTO GONZALES,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 33, Report and Recommendations of the Magistrate Judge, recommending that the defendant's Motion for Summary Judgment be granted and this cause be dismissed with prejudice. The plaintiff filed objections, doc. 34, to which the defendant responded, doc. 35. Having reviewed these pleadings, the Court agrees with the Magistrate Judge that plaintiff did not file suit within 90 days of her final agency decision as required and has not offered any argument persuading the Court that the time limit should be tolled. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _6th_ day of September, 2006

                                    *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge